# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SANTOS DARDAR

NO. 2019 KW 1492

**MAR 1 3 2020**

---

In Re:   Santos Dardar, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 545983.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**  A review of the **Boykin** and motion to suppress transcripts shows that there is no factual support for relator's claims.  Therefore, the district court did not err by denying the application for postconviction relief.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT